

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00193-CV

WHITE DEER INDEPENDENT SCHOOL DISTRICT, ET AL., APPELLANTS

V.

KELLY MARTIN, APPELLEE

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 11807, Honorable Stuart Messer, Presiding

July 5, 2018

## ORDER OF ABATEMENT

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before the Court is the parties' *Agreed Motion to Abate* requesting that we abate this appeal for 90 days. According to the motion, a related lawsuit is currently pending in the 69th District Court of Moore County in cause number 17-57, *Cuellar v. Dumas Independent School District, et al.*, involving the same issues as the present appeal and the same attorneys. The parties anticipate that a final judgment will be entered in the *Cuellar* case in the next 30 days. They request that we abate this appeal until after a notice of appeal and the appellate record have been filed in the *Cuellar* case

so that the parties may brief and this Court may consider the "substantially identical issues presented in the two cases" at the same time. Appellants' brief and cross-appellant's brief are presently due July 9, 2018. The parties request that we set corresponding briefing schedules for both appeals upon reinstatement.

In the interest of conservation of judicial resources, we grant the parties' motion and abate the appeal. All appellate deadlines are, therefore, suspended. The case will be removed from our active docket and treated as a closed case until October 3, 2018, or until further order of this Court. *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2-3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam) (doing same).

It is so ordered.

Per Curiam